JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LAMONT BROWN,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No. LA CV 04-3931 JVS<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

Pursuant to the Order Re Merits under 28 U.S.C. § 2254(d),

IT IS HEREBY ORDERED AND ADJUDGED that the First Amended Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

The Clerk is ordered to enter this judgment.

IT IS SO ORDERED.

Dated: 2/4/21

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE